1 **MATAGOLAI_M.ter**

2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
6 FAX:  (671) 472-7215

7 Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 97-0056 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO TERMINATE WRIT OF CONTINUING GARNISHMENT** |
| MARGARITA D. MATAGOLAI, | ) | |
| Defendant, | ) | |
| SISTER REMEDIOS ECDC, | ) | |
| Garnishee. | ) | |

On or about December 2, 1998, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee.  On September 18, 2006, final payment was

//
//
//
//
//
//

1 received. Plaintiff respectfully requests that the Court terminate the Writ of Continuing
2 Garnishment against Defendant MARGARITA D. MATAGOLAI.
3     DATED this 25th day of September, 2006.

                                            LEONARDO M. RAPADAS
                                            United States Attorney
                                            Districts of Guam and the NMI


By:   /s/ Marivic P. David
        MARIVIC P. DAVID
        Assistant U.S. Attorney
        marivic.david@usdoj.gov