F I L E D
Clerk
District Court

SEP 27 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

MATAGOLAI_M.terord

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: 472-7332
FAX: 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 97-0056 |
| Plaintiff, ) | |
| ) | **O R D E R** |
| v. ) | |
| ) | Re: United States Motion to Terminate |
| MARGARITA D. MATAGOLAI, ) | Writ of Continuing Garnishment |
| Defendant, ) | |
| _____) | |
| SISTER REMEDIOS ECDC, ) | |
| Garnishee. ) | |

Based upon the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing Garnishment is hereby terminated.

**SO ORDERED**, this 27TH day of September, 2006.

ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands