1  **MATAGOLAI_M.facg**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910
   TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorney's for United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN MARIANA ISLANDS

11

12  UNITED STATES OF AMERICA,          )     CIVIL CASE NO. 97-0056
                                       )
13               Plaintiff,            )
                                       )
14        vs.                          )     **FINAL ACCOUNTING UPON**
                                       )     **TERMINATION OF GARNISHMENT**
15  MARGARITA D. MATAGOLAI,            )
                                       )
16               Defendant,            )
    _____)

17

18          FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

19  To:    Sister Remedios Early Childhood
              Development Center
20         P.O. Box 500642
           Saipan, MP 96950

21         Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the

22  following cumulative accounting of all monies and property received under the Writ of

23  Continuing Garnishment filed in the above entitled action.

24         Pursuant to the Writ of Continuing Garnishment issued on or about December 2, 1998,

25  $19,889.83 has been withheld from the Judgment Debtor and applied to the judgment debt.

26  //

27  //

28  //

1    You are notified that you have ten (10) days from the receipt of this final accounting to

2   file a written objection to the accounting and request a hearing in accordance with Title 28,

3   U.S.C. § 3205(c)(9)(B).  If you do object, you must state your grounds for objection and send the

4   written objection to the United States District Court for the Norther Mariana Islands , 2nd Floor,

5   Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States

6   Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam   96910.

7    RESPECTFULLY SUBMITTED this 25th day of September, 2006.

8

9                                          LEONARDO M. RAPADAS
                                           United States Attorney
10                                         Districts of Guam and NMI

11

12                          By:    /s/ Marivic P. David
                                   MARIVIC P. DAVID
13                                 Assistant U.S. Attorney
                                   marivic.david@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      - 2 -

1

PAYMENT HISTORY
FOR: 1997Z00113 and 2005Z00136

2

3   DEBTOR: Matagolai, Margarita D.
    COLLECTION TYPE:   WH
4   BALANCE AS OF SEPTEMBER 18, 2006:     $0.00

5

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|-----------|------|---------------|-----------|----------------|
| 17-MAR-1999 | PC | GU   /9/095 | 8552 | $  131.17 |
| 31-MAR-1999 | PC | GU   /9/100 | 8611 | 131.17 |
| 15-APR-1999 | PC | GU   /9/109 | 8643 | 131.17 |
| 05-MAY-1999 | PC | GU   /9/119 | 8712 | 131.17 |
| 13-MAY-1999 | PC | GU   /9/124 | 8756 | 131.17 |
| 27-MAY-1999 | PC | GU   /9/133 | 8826 | 131.17 |
| 08-JUN-1999 | PC | GU   /9/138 | 8874 | 262.34 |
| 03-SEP-1999 | PC | GU   /9/190 | 9034 | 131.17 |
| 20-SEP-1999 | PC | GU   /9/197 | 9080 | 131.17 |
| 04-OCT-1999 | PC | GU   /0/001 | 9122 | 131.17 |
| 20-OCT-1999 | PC | GU   /0/011 | 9173 | 131.17 |
| 28-OCT-1999 | PC | GU   /0/015 | 9214 | 131.17 |
| 12-NOV-1999 | PC | GU   /0/023 | 9250 | 131.17 |
| 26-NOV-1999 | PC | GU   /0/031 | 9297 | 131.17 |
| 09-DEC-1999 | PC | GU   /0/039 | 9333 | 131.17 |
| 22-DEC-1999 | PC | GU   /0/047 | 9378 | 131.17 |
| 29-DEC-1999 | PC | GU   /0/051 | 8427 | 131.17 |
| 20-JAN-2000 | PC | GU   /0/062 | 9476 | 131.17 |
| 10-FEB-2000 | PC | GU   /0/074 | 9020 | 131.17 |
| 16-FEB-2000 | PC | GU   /0/078 | 9050 | 131.17 |
| 02-MAR-2000 | PC | GU   /0/086 | 9102 | 131.17 |
| 14-MAR-2000 | PC | GU   /0/093 | 9128 | 131.17 |
| 31-MAR-2000 | PC | GU   /0/103 | 9177 | 131.17 |
| 14-APR-2000 | PC | GU   /0/112 | 9218 | 131.17 |
| 24-APR-2000 | PC | GU   /0/118 | 9260 | 131.17 |
| 15-MAY-2000 | PC | GU   /0/131 | 9337 | 131.17 |
| 24-MAY-2000 | PC | GU   /0/138 | 9378 | 131.17 |
| 09-JUN-2000 | PC | GU   /0/147 | 9435 | 131.17 |
| 09-JUN-2000 | PC | GU   /0/147 | 9455 | 131.17 |
| 13-SEP-2000 | PC | GU   /0/203 | 9632 | 131.17 |
| 26-SEP-2000 | PC | GU   /0/209 | 9690 | 131.17 |
| 12-OCT-2000 | PC | GU   /1/007 | UN9720 | 131.17 |
| 25-OCT-2000 | PC | GU   /1/014 | 9784 | 131.17 |
| 03-NOV-2000 | PC | GU   /1/019 | 9823 | 131.17 |
| 21-NOV-2000 | PC | GU   /1/028 | 9871 | 131.17 |
| 06-DEC-2000 | PC | GU   /1/035 | 9912 | 131.17 |
| 19-DEC-2000 | PC | GU   /1/041 | 9954 | 131.17 |
| 27-DEC-2000 | PC | GU   /1/044 | 9989 | 131.17 |
| 19-JAN-2001 | PC | GU   /1/054 | 10028 | 131.17 |
| 31-JAN-2001 | PC | GU   /1/059 | 10077 | 131.17 |
| 14-FEB-2001 | PC | GU   /1/067 | 10107 | 131.17 |
| 28-FEB-2001 | PC | GU   /1/072 | 10144 | 131.17 |
| 14-MAR-2001 | PC | GU   /1/081 | 10186 | 131.17 |

| | DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|-----------|------|---------------|-----------|----------------|
| 1 | ---------------- | --------- | ----------------------- | ---------------- | ---------------------------- |
| 2 | | | | | |
| | 30-MAR-2001 | PC | GU   /1/087 | 10229 | $   131.17 |
| 3 | 12-APR-2001 | PC | GU   /1/095 | 10273 | 131.17 |
| | 30-APR-2001 | PC | GU   /1/104 | 10309 | 131.17 |
| 4 | 16-MAY-2001 | PC | GU   /1/113 | 10401 | 131.17 |
| | 23-MAY-2001 | PC | GU   /1/118 | 10446 | 131.17 |
| 5 | 05-JUN-2001 | PC | GU   /1/123 | 10499 | 131.17 |
| | 19-JUN-2001 | PC | GU   /1/131 | 10525 | 131.17 |
| 6 | 19-JUN-2001 | PC | GU   /1/131 | 10546 | 131.17 |
| | 29-AUG-2001 | PC | GU   /1/169 | 10688 | 131.17 |
| 7 | 13-SEP-2001 | PC | GU   /1/177 | 10734 | 131.17 |
| | 26-SEP-2001 | PC | GU   /1/183 | 10785 | 131.17 |
| 8 | 09-OCT-2001 | PC | GU   /2/005 | 10830 | 131.17 |
| | 26-OCT-2001 | PC | GU   /2/013 | 10877 | 131.17 |
| 9 | 05-NOV-2001 | PC | GU   /2/017 | 10914 | 131.17 |
| | 21-NOV-2001 | PC | GU   /2/026 | 10963 | 131.17 |
| 10 | 05-DEC-2001 | PC | GU   /2/033 | 1035 | 131.17 |
| | 17-DEC-2001 | PC | GU   /2/040 | FHB1084 | 131.17 |
| 11 | 28-DEC-2001 | PC | GU   /2/046 | 1123 | 131.17 |
| | 28-DEC-2001 | PC | GU   /2/046 | 1147 | 131.17 |
| 12 | 16-JAN-2002 | PC | GU   /2/055 | 1184 | 131.17 |
| | 28-JAN-2002 | PC | GU   /2/061 | 1218 | 131.17 |
| 13 | 13-FEB-2002 | PC | GU   /2/070 | 1273 | 131.17 |
| | 26-FEB-2002 | PC | GU   /2/077 | FHB1306 | 131.17 |
| 14 | 15-MAR-2002 | PC | GU   /2/089 | 1353 | 131.17 |
| | 28-MAR-2002 | PC | GU   /2/097 | 1395 | 131.17 |
| 15 | 12-APR-2002 | PC | GU   /2/104 | FHB1426 | 131.17 |
| | 24-APR-2002 | PC | GU   /2/111 | 1481 | 131.17 |
| 16 | 09-MAY-2002 | PC | GU   /2/119 | 1547 | 131.17 |
| | 24-MAY-2002 | PC | GU   /2/129 | 1611 | 131.17 |
| 17 | 07-JUN-2002 | PC | GU   /2/136 | 1659 | 262.34 |
| | 16-SEP-2002 | OT | GU   /2/193 | 1848 | 131.17 |
| 18 | 02-OCT-2002 | OT | GU   /3/002 | 1874 | 131.17 |
| | 09-OCT-2002 | OT | GU   /3/006 | 1900 | 149.64 |
| 19 | 25-OCT-2002 | OT | GU   /3/014 | 1946 | 149.64 |
| | 12-NOV-2002 | OT | GU   /3/023 | 1966 | 149.64 |
| 20 | 21-NOV-2002 | OT | GU   /3/029 | 1998 | 112.54 |
| | 04-DEC-2002 | OT | GU   /3/033 | 2039 | 112.54 |
| 21 | 26-DEC-2002 | OT | GU   /3/040 | 2089 | 112.54 |
| | 15-JAN-2003 | CH | GU   /3/052 | FHB2111 | 112.54 |
| 22 | 27-JAN-2003 | OT | GU   /3/056 | 2154 | 112.54 |
| | 10-FEB-2003 | OT | GU   /3/064 | 2189 | 112.54 |
| 23 | 26-FEB-2003 | OT | GU   /3/070 | 2237 | 112.54 |
| | 10-MAR-2003 | OT | GU   /3/075 | 2264 | 112.54 |
| 24 | 24-MAR-2003 | OT | GU   /3/083 | 2297 | 112.54 |
| | 10-APR-2003 | OT | GU   /3/089 | 2332 | 112.54 |
| 25 | 28-APR-2003 | OT | GU   /3/096 | 2365 | 112.54 |
| | 12-MAY-2003 | OT | GU   /3/105 | 2066 | 112.54 |
| 26 | 12-MAY-2003 | OT | GU   /3/105 | 2440 | 112.54 |
| | 22-MAY-2003 | OT | GU   /3/112 | 2476 | 112.54 |
| 27 | 02-JUN-2003 | OT | GU   /3/117 | 2505 | 112.54 |
| | 06-JUN-2003 | OT | GU   /3/121 | 2536 | 112.54 |
| 28 | 22-SEP-2003 | GR | GU   /3/166 | 2710 | 225.08 |

| | DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| 1 | ---------------- | --------- | ----------------------- | ---------------- | ---------------------------- |
| 2 | | | | | |
| | 06-OCT-2003 | GR | GU /04/004 | 2743 | $ 112.54 |
| 3 | 21-OCT-2003 | GR | GU /04/012 | 2790 | 112.54 |
| | 03-NOV-2003 | GR | GU /04/016 | 2820 | 112.54 |
| 4 | 20-NOV-2003 | GR | GU /04/022 | 2855 | 112.54 |
| | 04-DEC-2003 | GR | GU /04/026 | 2895 | 112.54 |
| 5 | 16-DEC-2003 | CH | GU /04/032 | FHB2929 | 112.54 |
| | 29-DEC-2003 | GR | GU /04/036 | 2950 | 112.54 |
| 6 | 12-JAN-2004 | GR/G | GU /04/043 | 2988 | 112.54 |
| | 30-JAN-2004 | GR/G | GU /04/049 | 3019 | 112.54 |
| 7 | 13-FEB-2004 | GR/G | GU /04/057 | 3047 | 112.54 |
| | 25-FEB-2004 | GR/G | GU /04/062 | 3099 | 112.54 |
| 8 | 12-MAR-2004 | GR/G | GU /04/067 | 3123 | 112.54 |
| | 25-MAR-2004 | GR/G | GU /04/071 | FHB3155 | 112.54 |
| 9 | 07-APR-2004 | GR/G | GU /04/075 | 3193 | 112.54 |
| | 22-APR-2004 | GR/G | GU /04/080 | 3221 | 112.54 |
| 10 | 11-MAY-2004 | GR/G | GU /04/088 | 3247 | 112.54 |
| | 12-MAY-2004 | GR/G | GU /04/092 | 3282 | 112.54 |
| 11 | 07-JUN-2004 | GR/G | GU /04/098 | 3357 | 112.54 |
| | 17-JUN-2004 | GR/G | GU /04/101 | 3393 | 112.54 |
| 12 | 13-SEP-2004 | GR/G | GU /04/131 | 3586 | 112.54 |
| | 20-SEP-2004 | GR/G | GU /04/133 | 3612 | 112.54 |
| 13 | 12-OCT-2004 | GR/G | GU /05/003 | 3666 | 112.54 |
| | 21-OCT-2004 | GR/G | GU /05/005 | 3701 | 112.54 |
| 14 | 05-NOV-2004 | GR/G | GU /05/010 | 3738 | 112.54 |
| | 18-NOV-2004 | GR/G | GU /05/014 | 3767 | 112.54 |
| 15 | 03-DEC-2004 | GR/G | GU /05/021 | 3794 | 112.54 |
| | 17-DEC-2004 | GR/G | GU /05/028 | 3827 | 112.54 |
| 16 | 30-DEC-2004 | GR/G | GU /05/033 | 3852 | 112.54 |
| | 10-JAN-2005 | GR/G | GU /05/038 | 3894 | 112.54 |
| 17 | 24-JAN-2005 | GR/G | GU /05/041 | 3928 | 112.54 |
| | 14-FEB-2005 | GR/G | GU /05/047 | 3949 | 112.54 |
| 18 | 24-FEB-2005 | GR/G | GU /05/052 | 3984 | 112.54 |
| | 14-MAR-2005 | GR/G | GU /05/055 | 4010 | 112.54 |
| 19 | 28-MAR-2005 | GR/G | GU /05/062 | 4039 | 112.54 |
| | 12-APR-2005 | GR/G | GU /05/066 | 4069 | 112.54 |
| 20 | 21-APR-2005 | GR/G | GU /05/071 | 4101 | 112.54 |
| | 09-MAY-2005 | GR/G | GU /05/076 | 4130 | 112.54 |
| 21 | 31-MAY-2005 | GR/G | GU /05/083 | 4177 | 112.54 |
| | 31-MAY-2005 | GR/G | GU /05/083 | 4214 | 112.54 |
| 22 | 13-JUN-2005 | GR/G | GU /05/088 | 4231 | 112.54 |
| | 22-AUG-2005 | GR/G | GU /05/106 | 4367 | 112.54 |
| 23 | 09-SEP-2005 | GR/G | GU /05/111 | 4392 | 112.54 |
| | 21-SEP-2005 | GR/G | GU /05/116 | 4421 | 112.54 |
| 24 | 05-OCT-2005 | GR/G | GU /06/003 | 4450 | 112.54 |
| | 17-OCT-2005 | GR/G | GU /06/006 | 4488 | 112.54 |
| 25 | 02-NOV-2005 | GR/G | GU /06/015 | 4520 | 112.54 |
| | 16-NOV-2005 | GR/G | GU /06/019 | 4547 | 112.54 |
| 26 | 02-DEC-2005 | GR/G | GU /06/024 | 4581 | 112.54 |
| | 14-DEC-2005 | GR/G | GU /06/029 | 4611 | 112.54 |
| 27 | 05-JAN-2006 | GR/G | GU /06/040 | 4639 | 112.54 |
| | 17-JAN-2006 | GR/G | GU /06/044 | 4679 | 112.54 |
| 28 | 25-JAN-2006 | GR/G | GU /06/049 | 4726 | 112.54 |

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|-----------|------|---------------|-----------|----------------|
| 07-FEB-2006 | GR/G | GU /06/054 | 4749 | $ 112.54 |
| 23-FEB-2006 | GR/G | GU /06/059 | 4783 | 112.54 |
| 08-MAR-2006 | GR/G | GU /06/063 | 4809 | 112.54 |
| 22-MAR-2006 | GR/G | GU /06/068 | 4848 | 112.54 |
| 05-APR-2006 | GR/G | GU /06/073 | 4868 | 112.54 |
| 20-APR-2006 | GR/G | GU /06/078 | 4892 | 112.54 |
| 04-MAY-2006 | GR/G | GU /06/083 | 4944 | 112.54 |
| 17-MAY-2006 | GR/G | GU /06/087 | 4971 | 112.54 |
| 01-JUN-2006 | GR/G | GU /06/091 | 4998 | 112.54 |
| 12-JUN-2006 | GR/G | GU /06/095 | 5022 | 112.54 |
| 21-AUG-2006 | GR/G | GU /06/116 | 5123 | 112.54 |
| 06-SEP-2006 | GR/G | GU /06/120 | 5147 | 112.54 |
| 18-SEP-2006 | GR/G | GU /06/124 | 5175 | 112.54 |

TOTAL DOLLAR AMOUNT OF PAYMENTS:    **$19,889.83**