**MATAGOLAI_R.sat**

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 97-0056 |
| Plaintiff, ) | |
| vs. ) | **SATISFACTION OF JUDGMENT** |
| ROQUE B. MATAGOLAI, ) | |
| Defendant. ) | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Satisfaction of the judgment obtained herein is acknowledged, and you are instructed to enter a Satisfaction of Judgment.  An Abstract of Judgment was entered by the Commonwealth Recorder, Saipan, MP, on **February 24, 1998**, as File number **98-453.**

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 25th day of September, 2006.

                                                LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and the NMI


By:   /s/ Marivic P. David
        MARIVIC P. DAVID
        Assistant U.S. Attorney
        marivic.david@usdoj.gov