1 **MATAGOLAI_M.svc**

2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
6 FAX: (671) 472-7215

7 Attorney's for United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                    FOR THE NORTHERN MARIANA ISLANDS

11

12 UNITED STATES OF AMERICA,        )        CIVIL CASE NO. 97-0056
                                    )
13                    Plaintiff,    )
                                    )
14            vs.                   )        **CERTIFICATE OF SERVICE**
                                    )
15 MARGARITA MATAGOLAI,             )
                                    )
16                    Defendant,    )
   ———————————————————————————————  )
17                                  )
   SISTER REMEDIOS ECDC,            )
18                                  )
                    Garnishee.      )
19 ———————————————————————————————  )

20

21        I hereby certify that on **September 26, 2006**, I electronically filed **Motion to Terminate**

22 **Writ of Continuing Garnishment** and on **September 27, 2006**, I electronically filed **Final**

23 **Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF

24 system.

25 //

26 //

27 //

28

1       A copy of the following documents: **Motion to Terminate Writ of Continuing**

2   **Garnishment**, **Order Re: United States Motion to Terminate Writ of Continuing**

3   **Garnishment** and **Final Accounting Upon Termination of Garnishment** were sent to the

4   defendant and garnishee by mail on **September 28, 2006**.

5

6                                                     LEONARDO M. RAPADAS
                                                  United States Attorney
                                                  Districts of Guam and the NMI

7

8   DATED: 9/28/06                       By:     /s/ Marivic P. David

9                                                       MARIVIC P. DAVID
                                                  Assistant U.S. Attorney

10                                                    marivic.david@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28